| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | STEPHEN J. BETZ, Bar #234510<br>Staff Attorney |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>SILVIA PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                                  )   Case No. 1:07-cr-00032
           *Plaintiff,*         )
                                  )   STIPULATION TO CONTINUE STATUS
   v.                               )   CONFERENCE; AND ORDER THEREON
                                  )
SILVIA PEREZ,                )   Date: June 7, 2007
                                  )   Time: 10:00 a.m.
          *Defendant.*        )   Dept: Hon. Dennis L. Beck
                                  )

       IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for April 26, 2007 at 10:00a.m. before Judge Snyder, may be continued to **June 7, 2007 at 10:00 a.m. before Judge Beck.**

       The reason for this continuance is for further investigation and preparation of the case.

///

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: April 23, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Mark McKeon
MARK McKEON
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: April 23, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Stephen J. Betz
STEPHEN J. BETZ
Staff Attorney
Attorney for Defendant

IT IS SO ORDERED.

**Dated:   April 26, 2007**              /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE