1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SILVIA PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. 1:07-cr-00032 DLB
                                      )
12         Plaintiff,                 )   STIPULATION TO CONTINUE TRIAL
                                      )   SETTING HEARING AND TRIAL DATE;
13     v.                             )   [PROPOSED] ORDER
                                      )
14 SILVIA PEREZ,                      )   Trial Confirmation:
                                      )     Date: February 7, 2008
15         Defendant.                 )     Time: 1:30 P.M.
                                      )   Trial:
16                                    )     Date: February 26, 2008
                                      )     Time: 9:00 A.M.
17 _____    )   **Honorable Dennis L. Beck**

18

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective
20 attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the
21 confirmation hearing now set for January 4, 2008, **may be continued to February 7, 2008, at 1:30 P.M.**,
22 and the jury trial now set for January 15, 2008, **may be continued to February 26, 2008 at 9:00 A.M.**
23 **before The Honorable Dennis L. Beck.**
24     This continuance is requested by counsel for defendant Perez to allow time for further
25 investigation and preparation of the case prior to hearing and because counsel for defendant is scheduled
26 to be out of her office on the trial date now set.
27 ///
28 ///
   ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

                McGREGOR W. SCOTT
                United States Attorney

DATED: December 21, 2007      /s/ Ann H. Voris with consent of
                  Mark J. McKeon
                MARK J. McKEON
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: December 21, 2007      /s/ Ann H. Voris
                ANN H. VORIS
                Assistant Federal Defender
                Attorney for Defendant
                Silvia Perez

## O R D E R

**IT IS SO ORDERED.** Trial Confirmation in the above-referenced matter now set for January 4, 2008, is hereby continued to February 7, 2008, at 1:30 P.M., and the jury trial now set for January 15, 2008, is hereby continued to February 26, 2008, at 9:00 A.M.

DATED: January 3, 2008

                /s/ *Dennis L. Beck*
                DENNIS L. BECK, Magistrate Judge
                Eastern District of California