```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorneys
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA T. PEREZ,<br><br>　　　　Defendant. | Case No: 1:07-cr-00032<br><br>STIPULATION AND ORDER TO<br>CONTINUE JURY TRIAL |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Mark J. McKeon, Assistant United States Attorney for Plaintiff and Ann Voris, attorney for Defendant, that, because of pending discovery requests and continuing plea negotiations, the jury trial should be continued until **April 1, 2008**.  The parties further stipulate that jury instructions and related filings shall be due on **March 28, 2008.**

　　　The parties further stipulate that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(1)(F) and 3161(h)(8)(A).

Dated: February 19, 2008　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　By　　/s/ Mark J. McKeon
　　　　　　　　　　　　　　　　　　　　　　　　MARK J. McKEON
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

| | |
|---|---|
| Dated: February 19, 2008 | DANIEL J. BRODERICK<br>Federal Defender |
| | By   /s/Ann Voris<br>         ANN VORIS<br>         Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

**Dated:   February 25, 2008**          /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE