DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SILVIA PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>v.<br><br>SILVIA PEREZ,<br><br>　　　　　*Defendant.* | Case No. 1:07-cr-00032<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:　June 19, 2008<br>Time:　10:00 a.m.<br>Judge:　Honorable Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently scheduled for June 5, 2008, **may be continued to June 19, 2008, at 10:00 a.m.**

This continuance is requested by counsel for defendant Perez and the government as additional time is needed to review this case. Ms. Voris, counsel for defendant, is out of the office. The proposed date is the best available date for both parties.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, and to allow the government to determine whether they intend to retry the matter and for defense
3  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: June 4, 2008                     /s/ Francine Zepeda with consent of
                                                  Mark J. McKeon
                                                MARK J. McKEON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: June 4, 2008                     /s/ Francine Zepeda for
                                                ANN H. VORIS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Silvia Perez

## O R D E R

The status conference currently scheduled for June 5, 2008 shall be continued to June 19, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 4, 2008**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Trial Setting Hearing
and Trial Date; ORDER