McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
Misdemeanor Unit
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:07-cr-00032 DLB |
| )  | |
| Plaintiff,   ) | |
| )  | STIPULATION TO CONTINUE STATUS |
| v.   ) | CONFERENCE; ORDER |
| )  | |
| SILVIA T. PEREZ,   ) | DATE: July 3, 2008 |
| )  | TIME: 10:00 a.m. |
| Defendant.   ) | JUDGE: |
| )  | |
| )  | |
| _____ ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference presently scheduled for June 19, 2008, **may be continued until July 3, 2008, at 10:00 a.m.**

     This continuance is requested by counsel for the government and defendant Perez as additional time is needed to review this case. Mr. McKeon, counsel for the government, will be out of the office on the currently scheduled status conference date.  The proposed date is the best for both parties.

//

1

The parties further stipulate that the delay resulting from the continuance shall be excluded in the interest of justice, and to allow the government to determine whether they intend to retry the case and for defense preparation, pursuant to 18 U.S.C. 3161(h)(8)(A).

Dated: June 17, 2008             McGREGOR W. SCOTT
                                 United States Attorney

                            By   /s/ Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney


Dated: June 17, 2008             DANIEL J. BRODERICK
                                 Federal Defender

                            By   /s/ Ann Voris
                                 ANN VORIS
                                 Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **June 17, 2008**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

2