McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:07-cr-00032 DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER FOR |
| v. | ) | DISMISSAL OF INFORMATION |
| | ) | |
| SILVIA T. PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     The United States Attorney's Office, pursuant to Rule 48(a)

of the Federal Rules of Criminal Procedure, hereby moves to

dismiss the information against SILVIA T. PEREZ without prejudice

in the interest of justice.


                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney


DATED: July 3, 2008          By:  /s/MARK J. McKEON_____
                              MARK J. McKEON
                              Assistant U.S. Attorney

1
ORDER

2
   IT IS HEREBY ORDERED that the criminal complaint against

3
SILVIA T. PEREZ be dismissed, without prejudice, in the

4
interest of justice.

5

6
   IT IS SO ORDERED.

7
   **Dated:   July 19, 2008             /s/ Dennis L. Beck**

8
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28